# Housekeeping Items

- Video On, if possible
- Mute lines
- Use Emoji's
- Use the Chat

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

7

# Core Value – Fun

1. Jokes/Puns
2. Dad Jokes
3. Riddles

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

8

# Today's discussion

- Patient Onboarding Overview
- Patient Activation Measure
- Motivational Interviewing
- Scripting
- Cerner Training
- Comprehensive Health Evaluation
- Recap/Q&A

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

9

# Training Schedule



| Early Deployment Patient Onboarding Training Schedule – Tuesday 3/22/22 | | |
|---|---|---|
| **Topic** | **Presenter** | **Minutes** |
| Patient Onboarding Overview | Mike + Dr O'Shea | 30 |
| PAM Overview | Tim | 30 |
| Break | | 10 |
| MI Refresher + Scripting + MI Demo | Mike + Jamie | 60 |
| Break | | 10 |
| Navigating Cerner | Kim | 30 |
| CHE Scheduling | Kelly + Kim | 60 |
| Q/A | Team | 15 |

10    © 2022 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.



# CKCC Patient Onboarding Overview
## (CKD & Non-DVA ESKD)

*Michael Smith*

## Topics

- **CKCC Overview**
- Review overall onboarding strategy for CKCC
- Role of CC in Patient Onboarding
- Steps and materials for patient onboarding
- Training Resources

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

11

# CKCC Program Overview



The CKCC program is spread across 11 regions with 12,646 CKD lives, and 9,971 ESKD lives

## Comprehensive Kidney Care Contracting (CKCC)

- CMS kidney-specific Integrated Kidney Care (IKC) program
- Automatically aligns Medicare fee for service patients to the model based on their nephrologist participating in the program
- It includes patients across the kidney continuum of Chronic Kidney Disease stages 4-5, End Stage Kidney Disease, and Transplant

## What CKCC model of care looks like for the patients?

- Operations is where our strategy and model come to life
- This is the juncture where patients experience the talent of our teams and the quality of our planning
- In order for patients to thrive, our operations are organized around delivering key interventions to each individual patient who needs it most. Said another way, we seek to provide The Greatest Care for those in the Greatest Need

12     © 2022 DaVita Inc. All rights reserved. Proprietary and confidential.



# CKCC Model of Care



Current Focus

Introduce the CKCC program

Get consents signed

Obtain patient's PAM score

Schedule CHE

Care Management

Transition of care

## What is CHE?

A **Continuous Health Evaluation (CHE)** that examines new and existing chronic conditions, and documents applicable diagnoses for the purpose of contribution to the patient's care plan and accurate risk adjustment.

## What is PAM?

The **Patient Activation Measure (PAM)** is a 100-point, quantifiable scale determining patient engagement in healthcare. There are 13 statements in the questionnaire.

13    © 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

# CKCC **CKD** Care Team





**Nephrology Providers**

Provides high quality kidney care

**Nephrology Practice Staff**

Onboard patients at point of care before appointments

**Care Coordinator**

Provides ongoing care coordination, completes telephonic onboarding, appointment reminders

**Call Center IKC Assistant (Call Center IKCA)**

Handles inbound calls, routes to CC/NP. Processes inbound mail/fax

**Registered Nurse (CKD)**

Provides ongoing care management and patient support to achieve optimal starts and prevent hospitalizations.

**Nurse Practitioner**

Completes CHE & referrals

14    © 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

# CKD Care Team R&R

| | CC[1] | | IKCA (central) | CKD RN | CKD NP (credentialed) |
|---|---|---|---|---|---|
| | Pt Onb. | Care Mgmt | | | |
| **Early Deployment** Training: 3/21 – 4/1 Live: 4/1 → | Welcome | Precharting | Inbound call management | Optimal Starts | CHEs/PHQ9 |
| | Consents | CHE reminder calls/rescheduling | Mail processing | PCC | |
| | PAM | OS Care Coordination | Cerner upload | | |
| | CHE Scheduling (upon NP credentialing) | CHE Care Coordination | | | |

| | CC | | IKCA (central) | CKD RN | CKD NP (credentialed) |
|---|---|---|---|---|---|
| | Pt Onb. (...TMs) | Care Mgmt (coming in May) | | | |
| **Deploy...** Training: 3/21 – 3/25 Live: 3/28 → 5/6 | CHE Scheduling (upon NP credentialing) | | Inbound call management | TBD | CHE/PHQ9 |
| | | | Mail processing | - | |
| | | | Cerner upload | | |

1 From March → May, all Early Deployment CCs will receive both PO and C...R to allow for ops flexibility

*Natalie*



# CKCC Patient Onboarding Overview
## (CKD & Non-DVA ESKD)

## Topics

- CKCC Overview
- Review overall onboarding strategy for CKCC
- Role of CC in Patient Onboarding
- Steps and materials for patient onboarding
- Training Resources

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

# CKCC **CKD** MOC: Onboarding and CHE

**WHY:**

- Enable us to develop relationships with patients and manage their care, and encourage patient engagement

- Ensure accurate CMS funding

- Capture comorbidities, prioritize patient needs, create a plan of care and conduct follow-ups

**WHAT:**

## Welcome

- Introduce the CKCC Program to patient
- Welcome patients to the program and answer any questions they may have about the program

## Consents

- Patients sign medical consent forms to allow us to manage their care

## PAM

- Patient Activation Measure
- 100-point, quantifiable scale determining patient knowledge, skill, and ability to manage their own health
- 13 statements
- Key quality measure for CMS

## CHE

- Comprehensive Health Evaluation
- Examines & documents new and existing chronic conditions
- Determines patient's care plan and accurate risk adjustment

17    © 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

*Heeta/Jane*

# CKCC **CKD** MOC: Onboarding & CHE Process

## Onboarding & Assessments

| Obtain Demographic Info from Practice | Multichannel Onboarding (Consents + PAM) | CHE Scheduling; Pre-Charting | CHE Encounter (including PHQ-9) | Clinical Follow-Ups |
|---|---|---|---|---|

**Obtain Demographic Info from Practice**
- Neph practice shares patients' demographic info including contact information
- Call Center IKCA uploads all relevant information and documents into Cerner

**Multichannel Onboarding (Consents + PAM)**
- Neph Office Onboarding
- Telephonic Onboarding
- Mail Onboarding

**CHE Scheduling; Pre-Charting**
- 3 attempts to schedule CHE telephonically
- If CHE is scheduled, Capture secondary Insurance verification
- CHE Pre-charting
- Rescheduling CHE
- 24 hr reminder phone call

**CHE Encounter (including PHQ-9)**

**CC**
- Run real-time eligibility before CHE visit
- Check-in pt for CHE

**CKD NP**
- Conduct CHE
- Conduct PHQ-9

**Clinical Follow-Ups**

**CKD NP**
- Follow-up Care

*Call Center* — CC     CC     CC     CC    CKD NP     CKD NP

© 2022 DCHF, Inc. All rights reserved. Proprietary and confidential.

IKCA.

18

Heeta/Jane

# CKCC Patient Onboarding Overview
*3 Pronged Approach*



## Point of Care (POC)[1]

In-person onboarding is the most surefire way to obtain consent & explain program benefits

**Target population:** CKD

*Practice front desk implements*



## Telephonic

We will rely on telephonic onboarding for patients with unsuccessful onboarding at PoC

**Target population:** CKD + Non-DaVita ESKD

*IKC implements*

## Mail

We will send direct mail welcome packets to all patients in Q1

**Target population:** CKD + Non-DaVita ESKD

*IKC implements*



## Chairside

ESKD patients will be onboarded chairside by CCs/NP

**Target population:** DaVita ESKD

*IKC or Proactive NP implements*



19 © 2021 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.

# Goals of CKD/Non DaVita ESKD Telephonic Onboarding



## WARM WELCOME TO THE PROGRAM

- Make the patient feel special & start to build trust
- Explain the value of the program to the patient



## PREPARE THE PATIENT TO RECEIVE CARE

- Obtain patient information (including contact info, and secondary insurance)
- Obtain patient consents/PAM questionnaire and upload to Cerner according to the documentation guide



## START ACCESSING BENEFITS

- Schedule patient for CHE visit

20    © 2022 DaVita Inc. All rights reserved. Proprietary and confidential.



# CKCC Patient Onboarding Overview (CKD & Non-DVA ESKD)

## Topics

- CKCC Overview
- Review overall onboarding strategy for CKCC
- Role of CC in Patient Onboarding
- Steps and materials for patient onboarding
- Training Resources

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

21

# Nephrology Practice Role in Point of Care Onboarding

Neph practices with CKCC patients will attempt to complete onboarding during CKD patients semi-annual appointments



*Collaboration between Neph Practice and DaVita IKC*

- Attend biweekly admin call to review patient engagement report and action plan; other admin topics as needed

- Share data *(phone # and next appt date)*

## This includes 5 steps:

1. Introduce the program to the patient
2. Have the patient sign all consents in the welcome packet
3. Introduce the PAM and ask the patient to complete
4. Introduce the CHE and the scheduling process
5. Return the completed consents and PAM to IKC

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

22

# Telephonic Onboarding Overview

Care Coordinators will proactively call patients to complete PAM, obtain consent, and schedule CHE visits and onboard unengaged patients to the CKCC program.



**Unengaged patients are defined as:**

- *No upcoming appointment at Nephrology Practice*
- *Patients who were a no show at their Neph appt*
- *Patients who had a Neph appointment but did not sign consents or PAM*

**Partially engaged patients are defined below:**

- *Signed some consents but not all*
- *Signed consents but need CHE scheduled*
- *Signed consents and CHE scheduled but PAM not completed*

*Training for telephonic onboarding will be given to all CC's the week of 3/21/22*

23          © 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

# Role of CKD CC's – Telephonic Patient Onboarding



## Welcome & Consents

Welcome the patient to the CKCC program using the script provided and get consent signed digitally if the patient hasn't signed them already.

✓ Upload digital consent pdfs in Cerner

✓ Ensure that the patient received NPP in mail

## CHE scheduling

Access NPs calendar to schedule patient CHE's visit.

✓ Schedule appt in Vsee platform

✓ Document outcome in Cerner

## PAM

Administer the Patient Activation Measure survey electronically by emailing the link to the patient or verbally walking them through the questionnaire.

✓ Fill out the PAM powerform in Cerner

✓ Schedule a follow-up appt if the patient's activation level is less than 4

## Pre-charting

During the 24 hour reminder call, CC will complete the following tasks:

✓ Remind patient of upcoming appt date/time

✓ Collect provider information

✓ Ensure patient can access telehealth platform

## Care Management

Once the following are complete, onboarding CC can warm hand off the patient to care management CC. Ensure:

✓ All Consents Signed

✓ Initial CHE Scheduled

✓ PAM Completed

## CHE Reminders and Reschedules

- CC will call patient 24 hours prior to CHE Appt to remind patient of appointment and collect provider information

- CC will reschedule CHE for patient if they miss their appointment

24    © 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

# Call Center IKCA Role–Patient Onboarding



**Process mail and point of care onboarding material**

- Upload consents into Cerner
- Transcribe PAM in Flourish
- Enter PAM score in Cerner

**Process patient data received from Neph Practice**

- Patient contact information
- Next appt date
- Last appt date
- Secondary insurance info

**Receive inbound calls for CKCC**

- Welcome patient to the program
- Answer general program questions
- Triage calls to care coordinators for patient calling to onboard to the CKCC program

*Training specifically for IKCA's will occur in Mar/Apr*
*Call Center IKCA's will report to a central manager and be located at Denver HQ*

25    © 2022 DaVita Inc. All rights reserved. Proprietary and confidential.



# CKCC Patient Onboarding Overview (CKD & Non-DVA ESKD)

## Topics

- CKCC Overview
- Review overall onboarding strategy for CKCC
- Role of CC in Patient Onboarding
- Steps and materials for patient onboarding
- Training Resources

26   © 2022 DaVita Inc. All rights reserved. Proprietary and confidential.



# CKD & Non-DVA ESKD Patient Welcome Packets

By February 3rd, each practice will receive enough welcome packets for each CKD CKCC patient. These will also be mailed to all CKD and Non-DaVita ESKD patients by first week of April

Each packet will contain the materials required for PoC onboarding including:

- Welcome Letter
- Consents
- PAM Survey + instructions
- Telehealth Tip Sheet
- Return Envelope

27    © 2022 DaVita Inc. All rights reserved. Proprietary and confidential.



# CKCC Patient Welcome Packet Contents

| Document | Pages | Description |
|---|---|---|
| Welcome Letter | 1 | Message from IKC Chief Medical Officer welcoming patient to the CKCC program & explaining its benefits |
| Consents | 6* | Patient authorizations to gather medical records, release medical information, etc. |
| PAM Survey | 1 | 13-question survey to determine the level at which patients are activated in their own care |
| PAM Instructions | 1 | Gives instructions for the patient on how to complete the PAM |
| Telehealth Tip Sheet | 1 | Tips to help the patient connect with their care team via telehealth |
| Privacy Notice† | 10 | Notice of privacy practices, must be provided to each patient and request signature and return of corresponding acknowledgment sheet. Patient may choose not to sign and return. |
| Beneficiary Notice | 1 | Medicare notice that is required to reach all patients |

* # of consents is state/market specific
† Notice of Privacy Practices mailed separately

28   © 2022 DaVita Inc. All rights reserved. Proprietary and confidential.



**PLEASE NOTE:** *Digital Consent training for CC's will occur in another section. CC will use the provided scripts to introduce the consents. Consent scripting has to be approved by LCPR (legal review). We will provide a FAQ document to help CC's/IKCA's handle any other questions a patient may have about consents.*

# Consents for CKCC

## Care Coordinator Role

There are a series of consents that need to be signed in order to work with the patient to the fullest.

- Care Coordinator will review each consent and obtain signatures.
- Consents will be paper or digital depending on the patients ability to sign digital consents

### Paper Consents

- Use approved scripts to walk the patient through signing paper consents
- Instruct patient to mail-in sign consents

### Digital Consents

- Use approved script to get approval to send link to digital consents
- Walk patient through signing process

29    © 2022 DaVita Inc. All rights reserved. Proprietary and confidential.



# CKCC Consents in Welcome Packets
*Summary of each consent*

| Document Name | Document Purpose |
|---|---|
| Authorization to Disclose to IKC | This allows DaVita IKC to receive records from other providers |
| Health Information Exchange (HIE) Opt-In | This allows DaVita IKC to utilize HIE to receive patient health information – dependent on state |
| Digital Communications | Allows DaVita IKC to use email communications and leave detailed voicemails. |
| Notice of Privacy Practices | This details the privacy practices of DaVita IKC and is required to be presented to patients prior to CHE. |

30   © 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

# Administering the PAM Questionnaire
## Care Coordinator Role

We included instructions in the patient welcome packets for the patient to complete the PAM *(Patient Activation Measure)* for self-administration.

## Administering the PAM:

Use the script in the CKCC Patient Onboarding Script to introduce the PAM to the patient. For telephonic onboarding, the CC will walk the patient through the PAM survey and document the patient's responses.



**NOTE:** Overall PAM training will occur in a different section which will include how to transcribe PAM responses and entering the score.

31    © 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

# Introducing the CHE and Telehealth

## Care Coordinator Role

We included scripting for the Comprehensive Health Evaluation (CHE) in the CKCC Patient Onboarding Script. Nurse Practitioners will conduct a telehealth CHE for CKD and Non-DVA ESKD patients*

## Telehealth Tip Sheet:

This is provided in the welcome packets and helps introduce the patient to the Vsee platform for CHE.

\* Training on CHE scheduling will occur in another section



**How to Start Your VSee Telehealth Visit**

**TO BEGIN YOUR TELEHEALTH VISIT FOLLOW THESE 4 EASY STEPS:**

To begin your telehealth visit, check your email or text message for the details of your video appointment. Click the provided link in your email or text message.

1. Press the blue "Start Visit" button
2. Confirm your birthday is correct and press "Continue"
3. Review consent. To accept and go to your visit, press "Continue"
4. Click on "Allow" when your browser asks for permission to access: microphone and camera.

You are now in the virtual exam room and ready for your visit! After your visit, please let us know how your visit went by responding to the post-visit question)

**WHAT WILL I NEED?**
- High-speed Internet access.
- A mobile device, such as an iPhone, Android phone, or tablet or a computer (Windows PC, Mac, or Chromebook) with webcam, microphone and speakers.

*** Please do not use Internet Explorer! Video calling will not work.**

**Need help joining your visit?** Contact your IKC care team.
Having technical issues? Contact VSee Support at:
**1-650-772-6259**

©2021 DaVita Inc.

 © 2022 DaVita Inc. All rights reserved. Proprietary and confidential.



# CKCC Patient Onboarding Overview
## (CKD & Non-DVA ESKD)

## Topics

- CKCC Overview
- Review overall onboarding strategy for CKCC
- Role of CC in Patient Onboarding
- Steps and materials for patient onboarding
- Training Resources

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

33

# Training Resources

We are providing several resources to aid in patient onboarding.

These will be housed on the village web for printing/reference.

## CKCC Patient Onboarding Script

- Includes detailed communication scripts for patient onboarding
- Also includes workflows for overcoming barriers to onboarding



## PowerPoint Deck + Recorded Session

- All slides reviewed during training will be sent out after training
- Sessions will be recorded and sent to teammates after training



## FAQ's

- Helps answer the most common questions patients may have about onboarding
- Recommendation is to keep this nearby as a reference during onboarding



Pending Marketing Approval

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.



# Patient Activation Measure

*Tim Markel*

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.

35

# Administer Patient Activation Measure (PAM) Questionnaire

- The PAM contains 13-questions that assesses a person in three key areas:



Knowledge          Skills          Confidence

- The PAM can reliably predict patient behavior such as unwarranted ER visits, hospital admissions, readmissions, care experience, and medication adherence

© 2021 DaVita Inc. All rights reserved. Proprietary and confidential.

36

5

# The PAM is a Required CKCC Quality Measure

**5**

- CMS will measure quality of care in the CKCC, using the PAM to:
  - Assess our ability to administer two PAMs in 2022 (one initial & one follow-up 6 months later)
  - Assess patient improvement on the PAM score

- Who needs an initial PAM? What about the follow-up PAM?
  - All CKCC patients need an initial PAM
  - Timing and administration detail on the follow-up PAM will be available throughout the year

- What is the timeframe for administration of the initial PAM?
  - Complete the initial PAM as soon as possible
  - This provides time to address patient needs before the follow-up PAM
  - Any initial PAM done after 6/30/2022 misses CMS' reporting requirement!

# The Patient Activation Measure (PAM)

- The PAM questionnaire has 13 statements, organized by increasing level of difficulty
- Statements are intentionally vague, to allow for unique patient interpretation

| | | | | |
|---|---|---|---|---|
| When all is said and done, I am the person who is responsible for taking care of my health. | Disagree Strongly | Disagree | Agree | Agree Strongly |
| Taking an active role in my own health care is the most important thing that affects my health. | Disagree Strongly | Disagree | Agree | Agree Strongly |
| I am confident I can help prevent or reduce problems associated with my health. | Disagree Strongly | Disagree | Agree | Agree Strongly |
| I know what each of my prescribed medications do. | Disagree Strongly | Disagree | Agree | Agree Strongly |
| I am confident that I can tell whether I need to go to the doctor or whether I can take care of a health problem myself | Disagree Strongly | Disagree | Agree | Agree Strongly |
| I am confident that I can tell a doctor concerns I have even when he or she does not ask. | Disagree Strongly | Disagree | Agree | Agree Strongly |
| I am confident that I can follow through on medical treatments I may need to do at home. | Disagree Strongly | Disagree | Agree | Agree Strongly |
| I understand my health problems and what causes them. | Disagree Strongly | Disagree | Agree | Agree Strongly |
| I know what treatments are available for my health problems. | Disagree Strongly | Disagree | Agree | Agree Strongly |
| I have been able to maintain (keep up with) lifestyle changes, like eating right or exercising. | Disagree Strongly | Disagree | Agree | Agree Strongly |
| I know how to prevent problems with my health. | Disagree Strongly | Disagree | Agree | Agree Strongly |
| I am confident I can figure out solutions when new problems arise with my health. | Disagree Strongly | Disagree | Agree | Agree Strongly |
| I am confident that I can maintain lifestyle changes, like eating right and exercising, even during times of stress. | Disagree Strongly | Disagree | Agree | Agree Strongly |

5

## 5 Administering the PAM Questionnaire

### Introduce the PAM Questionnaire to the Patient

☐ Provide the patient with a list of possible responses after each statement (*Disagree Strongly, Disagree, Agree, Agree Strongly, NA*)

☐ Avoid words such as "survey" or "assessment"

### Communicate the following key points to the patient

☐ There are 13 statements and should take less than 5 minutes

☐ Responses will help us personalize care and will remain confidential

☐ It's important to be truthful

☐ Your answers should not be influenced by what I think or say

☐ There are no right or wrong answers

☐ It's OK to disagree with some of the statements

© 2021 DaVita Inc. All rights reserved. Proprietary and confidential.

39

# 5 Caregiver PAM Questionnaire Available

## Caregiver PAM

✓ There is a Caregiver PAM Questionnaire available in Flourish

✓ The Caregiver PAM Questionnaire is similar to the standard PAM

| # | Statement | | | | |
|---|---|---|---|---|---|
| 1. | When all is said and done, I am responsible for seeing that this person's health is managed properly. | Disagree Strongly | Disagree | Agree | Agree Strongly | N/A |
| 2. | Taking an active role in this person's health care is one of the most important factors in determining her/his health and ability to function. | Disagree Strongly | Disagree | Agree | Agree Strongly | N/A |
| 3. | I am confident that I can take actions that will help prevent or minimize some symptoms or problems associated with this person's health. | Disagree Strongly | Disagree | Agree | Agree Strongly | N/A |
| 4. | I know what each of this person's prescribed medications do. | Disagree Strongly | Disagree | Agree | Agree Strongly | N/A |
| 5. | I am confident that I can tell when this person needs to get medical care and when I can handle the problem myself. | Disagree Strongly | Disagree | Agree | Agree Strongly | N/A |
| 6. | I am confident I can tell a doctor the concerns that I have about this person's health even when he or she does not ask. | Disagree Strongly | Disagree | Agree | Agree Strongly | N/A |
| 7. | I am confident that I can follow through on medical treatments I need to do for this person at home. | Disagree Strongly | Disagree | Agree | Agree Strongly | N/A |
| 8. | I understand the nature and causes of this person's health. | Disagree Strongly | Disagree | Agree | Agree Strongly | N/A |
| 9. | I know the different medical treatment options available for this person's health. | Disagree Strongly | Disagree | Agree | Agree Strongly | N/A |
| 10. | I am able to help this person maintain lifestyle changes (like eating right or exercising) for her/his condition. | Disagree Strongly | Disagree | Agree | Agree Strongly | N/A |
| 11. | I know how to prevent problems with this person's health. | Disagree Strongly | Disagree | Agree | Agree Strongly | N/A |
| 12. | I am confident I can figure out solutions when new situations or problems arise with this person's health. | Disagree Strongly | Disagree | Agree | Agree Strongly | N/A |

40    © 2021 DaVita Inc. All rights reserved. Proprietary and confidential.

# 5 Administering the PAM Questionnaire

## When is it NOT appropriate to administer the PAM?

There are times in which administering PAM may not be appropriate. Here is a short, but not comprehensive list of occasions in which you may refrain from administering PAM:

✓ The patient is exhibiting psychotic behavior

✓ The patient has cognitive concerns, such as dementia

✓ The patient is intoxicated

✓ The patient is suicidal

✓ The patient just received a new and/or serious diagnosis.

> If a patient is not appropriate for the PAM, (e.g. dementia or psych issues), is there a way to document "unable to complete" and how will we meet quality measures on these patients?
>
> In Flourish, there is a Patient Exclusion field with a "Yes/No" response. If a patient has dementia, cognitive impairment, or psychoactive substance abuse, a TM should indicate that the patient should be excluded from the survey. This exclusion identification in Flourish lets CMS know that the patient should be excluded from the quality measure calculation. Refusals can also be captured in the PAM power form in Cerner.

**Escalate to the NP if appropriate and revisit the PAM questionnaire with the patient at another time.**

# 5 Administering the PAM Questionnaire

## A Note on Languages

PAM has been translated into dozens of languages. Whoever is administering the PAM must use a translated version—do not try and translate the PAM on your own, even if you're bilingual or an official interpreter!



# 5 PAM Process Details for DVA ESKD Patients

- Administer patient PAM questions and capture patient responses in Flourish (CMS system of record for PAM)

- Document PAM score in Cerner using the Cerner PAM Powerform

- If patient refused PAM questionnaire during onboarding:
  - Document initial attempt/refusal in Cerner PAM Powerform, entering the date the survey was attempted
  - Attempt a second time during the CHE scheduling contact

**How do TMs get access to Flourish?**

*IT team is working on getting all existing TMs access to go-live. Moving forward, Flourish access will be included whenever a TMSS ticket is submitted for Cerner access*

**If a TM puts the wrong date for the PAM, will they be able to update to correct date in Cerner?**

*Yes, TMs will have to remove the incorrect PAM survey and add new PAM survey with correct date backdated*

**What should IKC CCs do if patient reveals information that needs to be escalated to the IKC RN/NP during PAM administration?**

*IKC CCs should refer to the IKC escalation process / training on how to handle escalations to the clinical team*

# Flourish: Administering the PAM



Over 45 languages available

© 2021 DaVita Inc. All rights reserved. Proprietary and confidential.

44

# Flourish: Documenting PAM responses

**flourish | 1H- Demo CMS KCC**

Knowledge Center
Dashboard
Individuals
Coaches
Reports
Surveys
Uploads

Profile | Survey's | Notes

Individual Identifier 21159-bHM#27

| Score | PAM Level | Score Change | Last Surveyed |
|---|---|---|---|
| null | null | null | null |

Start New Survey

**PAM13- Survey | English**

Not everyone approaches their health in quite the same way. In just a few minutes, you can learn more about your personal health style by taking the short survey. It's that simple!

Questions 1-13

1. When all is said and done, I am the person who is responsible for taking care of my health.
   - Disagree Strongly | Disagree | Agree | Agree Strongly | NA

2. Taking an active role in my own health care is the most important thing that affects my health.
   - Disagree Strongly | Disagree | Agree | Agree Strongly | NA

3. I am confident I can help prevent or reduce problems associated with my health.
   - Disagree Strongly | Disagree | Agree | Agree Strongly | NA

4. I know what each of my prescribed medications do.
   - Disagree Strongly | Disagree | Agree | Agree Strongly | NA

5. I am confident that I can tell whether I need to go to the doctor or whether I can take care of a health problem myself.
   - Disagree Strongly | Disagree | Agree | Agree Strongly | NA

6. I am confident that I can tell a doctor concerns I have even when he or she does not ask.
   - Disagree Strongly | Disagree | Agree | Agree Strongly | NA

7. I am confident that I can follow through on medical treatments I may need to do at home.
   - Disagree Strongly | Disagree | ree Strongly | NA

8. I understand my health problems and what causes them.
   - Disagree Strongly | Disagree | Agree | ree Strongly | NA

Cancel | Submit

© 2021 DaVita Inc. All rights reserved. Proprietary and confidential.

45

# Flourish: Viewing PAM results





46    © 2021 DaVita Inc. All rights reserved. Proprietary and confidential.



# Break Time

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.



# Motivational Interviewing

*Jamie Freleng*

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.