

DaVita

# Cerner Training

*Kim Johnson*

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.

99

# Verify Case/Encounter



IMPORTANT:
Before documenting
review blue banner bar
for the appropriate
Case

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

100

# Patient Summary mPage



101   © 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

# Add Patient Phone Number



**Active Case mPage** → **Demographics** → **Modify Patient Information** → **Enter Primary Phone** → **Select OK**

102    © 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

# Add Lifetime Providers



PCP, Nephrologist & Dialysis Center & Specialists

Patient Summary → Providers → Manage → Enter Type & Provider → Select Add

103    © 2022 DaVita Inc. All rights reserved. Proprietary and confidential.



# Remove Lifetime Providers



Patient Summary → Providers Component → Choose Manage → Click Red X → Select Remove

104    © 2022 DaVita Inc. All rights reserved. Proprietary and confidential.


DaVita
Integrated Kidney Care

# Entering PAM Score

## PowerChart

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.

# Entering PAM Score



106    © 2022 DaVita Inc. All rights reserved. Proprietary and confidential.



Integrated Kidney Care

# Uploading Consent

PowerChart

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.

107

# Collect consents

Use approved scripting on tip sheet to introduce and obtain signatures on the following patient consent forms; upload and assign consent document type in Cerner (demo)



| Document Name | Document Purpose | Cerner Document Type |
|---|---|---|
| Authorization to Disclose to IKC | This allows DaVita IKC to receive records from other providers | Outside Records |
| Health Information Exchange (HIE) Opt-In | This allows DaVita IKC to utilize HIE to receive patient health information – dependent on state | Consent (Electronic Data Exchange) |
| Digital Communications | Allows DaVita IKC to use email communications and leave detailed voicemails. | Consent (Media) |
| Notice of Privacy Practices | This details the privacy practices of DaVita IKC and is required to be presented to patients prior to CHE. | Consent (NPP) |

108    © 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

# Note | Scan | Import



109    © 2022 DaVita Inc. All rights reserved. Proprietary and confidential.





# Personal Document Types





Select Documents from Organizer Bar

Select Options

Click Document Types

Select Document Type and Move to the Right

Update Default Document Type

Click OK

110    © 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

# Cerner Consent Opt-In







**Summary mPage** → **Consents** → **Drop Down – Consent Granted**

111    © 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

# Activity Log/Communication Event



© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

112

# Create Note



Create Note

Case Summary Note

Care Plan Note

**Free Text Note**

Select Other Note

**+ Add ▾** 🔲 📄 | **List**

Free Text Note  ✕ 🔲 📄

Tahoma  ▾  9  ▾  |  ×  □  🖺 ☐ 🖮 | ✦ ↑ | B I U S | A ▾ | ☰ ☷ ☶ ☰ ☰ | 🔗

**Patient Information**
Name: Ztest, Elvis Presley
Address: 123 Mallory Lane
          Miami, FL 33101

Sex: Male
Date of Birth: 11/01/1950
Phone: (703) 123-4568
MRN: 75307
FIN: 659904
Location: Davita Care Coordination
Date of Service: 02/22/2022
Primary Care Physician: SMITH, JOHN, (408) 358-3448

.ckcd
.ckccinmbndcall
.ckcccomingcall
.ckccoutboundcall
.ckccurrengaged

Sign/Submit   Save   Save & Close   Cancel

- Select Free Text Note
- Verify Information On Note
- Add Autotext
- Add Any Additional Information To Note
- Sign / Submit

113      © 2022 DaVita Inc. All rights reserved. Proprietary and confidential.



# Sign



114    © 2022 DaVita Inc. All rights reserved. Proprietary and confidential.



# Communication

PowerChart

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.

115



# Messaging



Communicate → Message → Enter Recipient → Update Subject → Add Message Details → Send

116    © 2022 DaVita Inc. All rights reserved. Proprietary and confidential.



# Creating a Reminder / Task



**Communicate**

**Reminder**

**Enter Recipient**

**Update Subject**

**Add Reminder Details**

**Enter Due on:**

**Send**

117    © 2022 DaVita Inc. All rights reserved. Proprietary and confidential.



**EYNTK:**
*Everything you need to know*

# To Schedule a Telehealth CHE

**Audience:**
Team members scheduling a telehealth CHE

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.







# About me!

## Kelly Bowler
### Senior Analyst, Provider Strategy and Operations

119    © 2021 DaVita Inc. All rights reserved. Proprietary and confidential.

EYNTK TO SCHEDULE A TELEHEALTH CHE




**TODAY'S GOAL**

## Provide teammates with clear directions on the steps to take to schedule a telehealth CHE



**What is the CHE?**

**What is the process to schedule a CHE?**

- Select a patient to call
- Call patient and invite them to complete the CHE
- Create the visit in VSee
- Create the visit in Cerner
- Confirm patient's insurance in Cerner

**What do I do after the telehealth CHE has been scheduled?**

**What do I do during the telehealth visit?**

**Where can I get help?**

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

120

EYNTK TO SCHEDULE A TELEHEALTH CHE

# EYNTK:
# CHE Scheduling

- What is a CHE and what is telehealth?
- How do I select a patient to schedule?
- How do I call a patient?
- How do I schedule the visit in VSee?
- How do I schedule the visit in Cerner?
- How do I enter a patient's insurance information in Cerner?
- What do I do after the visit is scheduled?
- What do I do during the visit?
- Where can I get support?

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

DaVita.



## EYNTK:
## CHE Scheduling

### What is a CHE and what is telehealth?

- How do I select a patient to schedule?
- How do I call a patient?
- How do I schedule the visit in VSee?
- How do I schedule the visit in Cerner?
- How do I enter a patient's insurance information in Cerner?
- What do I do after the visit is scheduled?
- What do I do during the visit?
- Where can I get support?

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

EYNTK TO SCHEDULE A TELEHEALTH CHE

# What is the CHE?

The **CHE** (Comprehensive Health Evaluation) is a **tool** to facilitate completion of a **comprehensive patient H&P.**

The goal is to capture all current comorbids and document their management plans to ensure we are addressing active patient issues.

Reason for Visit

Review of Systems

Social History

Surgical History

Assessment and Plan

Physical Exam

Medical History

Problem List

Health Maintenance/Screenings

Discussion/Summary

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

123

EYNTK TO SCHEDULE A TELEHEALTH CHE



## What is included in a CHE?

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

124



EYNTK TO SCHEDULE A TELEHEALTH CHE

# Background

On April 10, 2020, CMS published that organizations that submit diagnoses for risk adjusted payment (e.g., Medicare Advantage organizations, DCE) are able to submit diagnoses for risk adjustment that are from telehealth visits when those visits meet all criteria for risk adjustment eligibility, which include being from an allowable inpatient, outpatient, or professional service, and from a face-to-face encounter.

https://www.cms.gov/files/document/applicability-diagnoses-telehealth-services-risk-adjustment-4102020.pdf

**The following outlines the implementation and use of telehealth by the DaVita Integrated Kidney Care ("DaVita IKC") team during this public health emergency period.**

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

125



EYNTK TO SCHEDULE A TELEHEALTH CHE

# When to use Telehealth

**It is recommended to use telehealth as a tool to reach the following patients:**

- Patients not typically encountered in-clinic (HHD, PD, post-transplant, non-DaVita, CKD)
- Patients requiring multiple hours of travel time per visit
- Patients who may be infected with COVID-19, or providers who need to quarantine
- Patients who are willing and/or prefer a telehealth interaction. For example: patients who express privacy concerns regarding discussion of highly sensitive health information in the dialysis clinic
- Urgent patient issues that require a visual assessment1
- Scenarios where the delivery of care warrants discussion with family member or care partner, or there has been a history of discrepancies with medications and the review of medication bottles is required
- When due to program requirements or restrictions

[1] A condition is considered urgent when it is not life threatening, but does requires care in a timely manner (within 24 hours). Examples include conditions which could deteriorate such as febrile illness or are not bearable due to discomfort such as back pain. Telehealth should not be utilized for emergent care – please refer to slide 74. Emergent care is medical care that directly addresses threats to life, limb, or eyesight. Examples: possible heart attack or stroke, gunshot wounds, major motor vehicle accidents, open fractures, appendicitis, severe allergic reactions that make it difficult to breath, or severe bleeding that does not stop with 10 minutes of direct pressure.

126

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

# DaVita IKC's Telehealth Platform

**VSee Clinic is be our telehealth tool to allow for remote interactions.**

- All telehealth encounters should be completed using VSee Clinic

- No other applications should be used in the provision of DaVita IKC telehealth by covered health care providers unless explicitly approved

- Check the VillageWeb for the most up-to-date information on additional approved telehealth backup platforms



© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

127

Case: 1:23-cv-06290 Document #: 1-3 Filed: 08/28/23 Page 30 of 49 PageID #:180

EYNTK TO SCHEDULE A TELEHEALTH CHE

• What is a CHE and what is telehealth?

**How do I select a patient to schedule?**

• How do I call a patient?
• How do I schedule the visit in VSee?
• How do I schedule the visit in Cerner?
• How do I enter a patient's insurance information in Cerner?
• What do I do after the visit is scheduled?
• What do I do during the visit?
• Where can I get support?



**EYNTK:**
**CHE Scheduling**

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential



EYNTK TO SCHEDULE A TELEHEALTH CHE

Last updated March 2022

# What is the priority of scheduling CHEs for CKCC patients?



**01**

Pts who were onboarded at Point of Care (PoC) and only need CHE scheduling

**02**

Pts who mailed back completed consents and only need CHE scheduling

**03**

All other patients who need end to end onboarding

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

129



# How do I prioritize my patient list for CHE scheduling?

Use the "CHE Scheduling" tab of the CKCC CKD patient onboarding report to identify patients to schedule for a CHE.

**In Q1, Q2 of 2022, CHE scheduling is driven by operational prioritization factors:**

**01** **Type of onboarding:** Pts who received PoC onboarding are highest priority for CHE scheduling

*Automatically happens in onboarding report!*

**02** **Not receiving a neph led CHE:** As of March 2022, KSOSN CKD patients will be receiving a CHE from their nephrologist and do not need to be scheduled. Be on the look out for additional information from your market leadership as additional practice choose to participate..

**03** **Consent completion:** patients with consents already completed are highest priority for scheduling

**04** **NP availability:** NPs who are CHE ready and have availability in next 45 days for a CHE. If the NP is not CHE ready, do not contact the patient to schedule CHE

*Ask your ROS/ROM/NP Manager for direction.*

130
© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

# Once a patient is selected, confirm the following items before starting to schedule the patient for a CHE:

1. The NP that is aligned to the patient is "CHE ready"

2. The NP that is aligned to the patient has availability in Outlook for the next 45 days for a CHE

3. The NPP (Notice of Privacy Practice) has been uploaded to Cerner or just obtained via digital consents

   - If there is no NPP in Cerner, use the script and steps on the NPP Job Aid and upload a blank NPP to the patients chart after scheduling the CHE

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

EYNTK TO SCHEDULE A TELEHEALTH CHE

# Does the NP have availability in the next 45 days? Check the NP's schedule in Outlook:




1. Select the NP Calendar that you need to schedule with

2. Look for any "Open for CHE" marked time slots.

3. Time will be in your set time zone

4. Align your time zone with the NP availability for CHE and confirm with Pt in their time zone

5. Confirm CHE day and time that works

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.



EYNTK TO SCHEDULE A TELEHEALTH CHE

- What is a CHE and what is telehealth?
- How do I select a patient to schedule?

**How do I call a patient?**

- How do I schedule the visit in VSee?
- How do I schedule the visit in Cerner?
- How do I enter a patient's insurance information in Cerner?
- What do I do after the visit is scheduled?
- What do I do during the visit?
- Where can I get support?



# EYNTK:
# CHE Scheduling

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential

# How do I call a patient to schedule a CHE?



## 01  TM PREPARES TO CALL THE PATIENT

- Open laptop
- Navigate to NPs calendar in both VSee and Cerner
- Open the Telehealth Script

## 02  TM DISCUSSES WITH THE PATIENT

- What is a CHE and how a patient will use telehealth
- Patient's availability. Schedule for a time when the patient plans to be home. Visit will be up to 1 hour and 15 minutes long
- Confirmation of insurance details

## 03  TM DOCUMENTS

- Visit date/time on NPs calendar in VSee and Cerner. The visit should be scheduled for 1 hour and 15 minutes
- VSee visit number and patient device and browser in Cerner
- Outcome of call using CHE outreach PowerForm: patient's acceptance, refusal of scheduling a visit, or if the patient was unable to be reached

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

EYNTK TO SCHEDULE A TELEHEALTH CHE

**DaVita.**

# How do I use the patient onboarding script?

Use this script to guide your conversation with the patient during the CHE scheduling portion of the patient onboarding call.

The script can be found on the VillageWeb

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

---

Comprehensive Kidney Care Contracting (CKCC) Program

## CKCC Patient Onboarding Script

**Table of Contents:**

- Introduction
- Voicemail Script
- Greeting Patients
- Barrier Capture
- Call Back Scheduling
- Overview
- PAM Patient Activation Measure
- Consents
- CHE Scheduling
  - o Insurance Verification
- Wrap Up

### Introduction

**Purpose:**

- This engagement script is to support teammates who are onboarding patients to the CKCC program.
  Onboarding includes:
  - o Program Introduction
  - o Consents
  - o CHE scheduling
  - o PAM
- This script is meant to be a blueprint of how to explain the CKCC program to patients.
- The intention is for the teammate to sound non-scripted and have a genuine conversation with the member. The teammate has permission to use their own words; transition phrases and descriptions of the program, in line with description below.
- The teammate is expected to provide an explanation of the program, gather, and enter appropriate information into Cerner, get digital consents signed, and provide excellent customer service.

**Preparation:**

- It is important to be prepared for these conversations.
  - o Please take time to practice with a fellow teammate before using this script
  - o It is also important to be very familiar with all the steps in Cerner/Flourish/VSEE/Telecom Systems to that the conversation flows well as you are navigating between screens and documenting the outcome of the conversation.

**DaVita.**
Integrated Kidney Care

EYNTK TO SCHEDULE A TELEHEALTH CHE

**DaVita.**

# Documenting Scheduling Outcome: Activity Log Details

Each outreach attempt the CC completes must be documented in the Cerner Activity Log as a Communication Event



**01** Navigate to the Activity Log and click + to add a new Communication Event

**02** Select the date and time of the outreach attempt

**03** Select the method of contact (phone)

**04** Select outbound contact

**05** Select the contact type (e.g., patient)

**06** Input the contact name

**07** Select the Outcome

**08** In the notes section include more detail about the outreach

**Reminder!** Only open the patient charts that you are assigned to work on

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

136

EYNTK TO SCHEDULE A TELEHEALTH CHE

# Documenting Scheduling Outcome: Activity Log

CC to include the information below within the notes of the Communication Event

**Outcome**

- Confirmed Appointment
- Declined
- Invalid Phone Number
- Left Message – Person
- Left Message – Voicemail
- Line Busy
- No Answer
- Rescheduled Appointment
- Wrong Phone number

**Notes**

**DOCUMENTED IF CONNECTED**

- If Confirmed Appointment:
  VSee visit number
- If Declined: reason for decline (e.g. doesn't have or not comfortable with technology, prefers in-person, etc.)
- If Rescheduled Appointment:
  VSee visit number

**Important!** Always include the VSee visit number in your note within Communication Event

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

137

EYNTK TO SCHEDULE A TELEHEALTH CHE

**DaVita.**

# Documenting Scheduling Outcome: Actiuity Log Details

CC to document all scheduling attempts using the CHE Scheduling PowerForm

**01** Navigate to the CHE Outreach PowerForm form
(See next slide for details)

**02** Select "CHE" as Reason for Call

**03** Select the patient contact status

**04** Select the correct telehealth call outcome (if "connected" Patient Contact Status)

**05** If the scheduling attempt was successful, enter the VSee Visit #

**06** If unable to schedule, select the reason

**07** Select Callback Date & Time (if patient requested callback selected as Call Outcome)

**08** Sign and Close by clicking Green Check Mark



© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

138

# Documenting Scheduling Outcome: PowerForm

CC to document all scheduling attempts using the CHE Scheduling PowerForm





© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

139



# EYNTK:
# CHE Scheduling

- What is a CHE and what is telehealth?
- How do I select a patient to schedule?
- How do I call a patient?

**How do I schedule the visit in Vsee?**

- How do I schedule the visit in Cerner?
- How do I enter a patient's insurance information in Cerner?
- What do I do after the visit is scheduled?
- What do I do during the visit?
- Where can I get support?

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

EYNTK TO SCHEDULE A TELEHEALTH CHE



# Schedule an Appointment

**01**

Click on a time slot on the calendar to schedule an appointment.



© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

141

EYNTK TO SCHEDULE A TELEHEALTH CHE

**DaVita.**

# Schedule an Appointment

**01** Click on a time slot on the calendar to schedule an appointment

**02** Confirm the date and time

**03** Choose the nurse practitioner who will be completing the appointment with the patient (care coordinators and VHES will be assigned to the nurse practitioners in their market / program)

**04** Choose the correct room if the provider belongs to multiple rooms

**05** Choose a visit option. If scheduling a CHE, select CHE. If scheduling a test visit, select General Telehealth Visit.

**06** Search for a patient and choose the patient on the list.

**07** Or create a new patient if needed.

## Create New Visit

Time *

NOW | LATER | 03/23/2021 | 11:30

Does not repeat

Add Provider *

Elizabeth Donoren - elizabeth.donoren@davita.com

Visit Type *

VIDEO | PHONE | IN PERSON

Visit Option *

General Telehealth Visit (30 mins)

Add Patient *

Search by name, email, phone # and more.

Patient will be notified automatically via email and text message

MORE OPTIONS

+ Other guest | + Reminder

CANCEL | CREATE VISIT

+ New

+ New

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

142

EYNTK TO SCHEDULE A TELEHEALTH CHE

## Scheduling the Visit in VSee:
# Create a Patient

### To create a new patient:

- Always include the patient's MRN **(Cerner ID)**, first name, last name and either the patient's email, or their phone number when creating the visit

- **Email or phone number must be included, both are recommended if the patient accepts**

- If the patient would like to receive the confirmations and reminders via email, include their email address

- If the patient would like to receive SMS text message confirmations and reminders, include the patient's phone number

- In this case, please let the patient know that their mobile provider's standard rates for sending and receiving text messages still apply

- Remember to update the patient's time zone if needed

**Create Patient**

First Name | Last Name

Email (optional) | Phone (optional)

MRN (optional)

Gender (optional)
Male

Date of Birth (optional)
Month | Day | Year

Address (optional)

City (optional)

State (optional)

Zip (optional)

Primary Care Physician Name (optional)

Primary Care Physician Phone (optional)

Timezone (optional)
UTC-06:00 Mountain Time (US & Canada)



© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

143



# Schedule and Appointment

- If you need to invite a patient's care partner, or other guest to the appointment, click "+Other guest" under "MORE OPTIONS"
- Add the guest's email and / or phone number
- A visit reminder is automatically sent 24 hours prior to the appointment.
- If you would like to modify this timing, or add additional automatic reminders, click "+Reminder" under "MORE OPTIONS"
- When you are done, click "CREATE VISIT"

## Create New Visit

**Time***

NOW | 03/22/2021 | 11:30

Does not repeat

**Add Provider***

Elizabeth Discover - elizabeth.discover@davita.com

**Visit Type***

VIDEO | PHONE | IN-PERSON

**Visit Option***

General Telehealth Visit (30 mins)

**Add Patient***

Search by name, email, phone # and more

Patient will be notified automatically via email and text message

MORE OPTIONS
+ Other guest   + Reminder

CANCEL   CREATE VISIT

MENU / PER FILING

Add other guest:
Include these to the list and this person by their email address and receive all information of the reminder's flyer(s) between all filing.

Reminder:
Send email & SMS reminders for | all (per follow-in)

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.



# Schedule an Appointment

EYNTK TO SCHEDULE A TELEHEALTH CHE

## Confirm New Visit

| | |
|---|---|
| Time | 03/23/2021 12:30 PM GMT-06:00 |
| Visit Type | Video |
| Room Name | Kristina Avery's Clinic |
| Visit Option | General Telehealth Visit |
| Patient Name | Kristina Avery |
| Provider Name | Kristina Avery |
| Reminder | 1 day before |

BACK   CONFIRM

Click on "CONFIRM" button.

## New Visit Confirmed

| | |
|---|---|
| Time | 03/23/2021 12:30 PM GMT-06:00 |
| Visit Type | Video |
| Visit Option | General Telehealth Visit |
| Patient Name | Kristina Avery |
| Provider Name | Kristina Avery |
| Room Name | Kristina Avery's Clinic |
| Reminder | 1 day before |
| Telephone: | +1.650.758.0255 |
| Meeting PIN: | 446174 |

GO TO VISIT PAGE

- Click on "GO TO VISIT PAGE" to review the visit now or "X" button to not view it now.
- Click on "GO TO VISIT PAGE" to find the VSee visit number that needs to be documented in Cerner.

145

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

EYNTK TO SCHEDULE A TELEHEALTH CHE

# Educating the Patient on VSee

## At the time of scheduling, CC will educate the patient on VSee Clinic technology

- Each patient will have received the telehealth tip sheet in their welcome packet

- Let the patient know that video requires data usage and it is recommended that they connect to a secure Wi-Fi network.
  If patient is not connected to Wi-Fi, message and data rates may be applied and are the patient's responsibility



DaVita.

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

146

EYNTK TO SCHEDULE A TELEHEALTH CHE

DaVita.

# Educating the Patient on VSee

**At the time of scheduling, CC will educate the patient on VSee Clinic technology**

**IF THE PATIENT CANNOT COMPLETE THE VISIT INDEPENDENTLY, AND/OR DOES NOT HAVE ACCESS TO TECHNOLOGY**

If the patient does not have the required tools for a telehealth visit, the CC should ask the patient if they have a care partner or family member that can assist them

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

147