- What is a CHE and what is telehealth?
- How do I select a patient to schedule?
- How do I call a patient?
- How do I schedule the visit in VSee?

**How do I schedule the visit in Cerner?**

- How do I enter a patient's insurance information in Cerner?
- What do I do after the visit is scheduled?
- What do I do during the visit?
- Where can I get support?



DaVita.

# EYNTK:
# CHE Scheduling

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

EYNTK TO SCHEDULE A TELEHEALTH CHE



# How do I schedule the CHE in Cerner?



## SCHEDULE TELEHEALTH VISIT

RESPONSIBILITY: Scheduling teammate

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

149

EYNTK TO SCHEDULE A TELEHEALTH CHE

# Schedule the Visit in Cerner



**01** Search for the appropriate patient

**02** Navigate to the Appointment tab

**03** Fill out the following details:
- Appointment type
- Location
- Preferred Resource
- Date
- Add comment with TH visit details:
  – VSee visit number
  – Patient device and browser for troubleshooting

**Reminder!** Only open the patient charts that you are assigned to work on

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

150

EYNTK TO SCHEDULE A TELEHEALTH CHE

# DaVita.

# Schedule the Visit in Cerner



**04** Appointment type & Location: select the appropriate video visit type, and select the patient's time zone.

**Location**
- Video Visit (Central)
- Video Visit (Eastern)
- Video Visit (Mountain)
- Video Visit (Pacific)

**Preferred Resource**
Nieto, Andres

First Available | Schedule | Recur | Clear

**05** Based off of the time zone of the patient, a list of providers will be available to select.

- Select the appropriate provider for the visit.
- Select "first available" or "schedule" to review their availability.
- The visit is defaulted to 60 minutes. Adjust this to 75 minutes.

**Reminder!** Only open the patient charts that you are assigned to work on

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

EYNTK TO SCHEDULE A TELEHEALTH CHE

# Schedule the Visit in Cerner

## 06

Add comment that includes TH visit details:

- VSee visit number
- Patient device and browser for troubleshooting
- Any other pertinent details for the telehealth visit (e.g. care partner will be assisting in the visit, patient has a hearing / visual impairment, etc.)



**Reminder!** Only open the patient charts that you are assigned to work on

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

152

EYNTK TO SCHEDULE A TELEHEALTH CHE



# EYNTK:
# CHE Scheduling

- What is a CHE and what is telehealth?
- How do I select a patient to schedule?
- How do I call a patient?
- How do I schedule the visit in VSee?
- How do I schedule the visit in Cerner?

## How do I enter a patient's insurance information in Cerner?

- What do I do after the visit is scheduled?
- What do I do during the visit?
- Where can I get support?

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

EYNTK TO SCHEDULE A TELEHEALTH CHE



## Why do I need to enter and verify a patient's insurance information in Cerner?

- A key step of scheduling is insurance verification

- In CKCC, the CHE encounter is submitted to Medicare and any other insurance a patient has

- By verifying the patient's insurance, you:

  - Reduce follow ups between the care teams and the Cerner team and billing teams

  - Avoid additional outreaches to patient to clear up inaccuracies

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

154



# What information should I verify with the patient?

**In the Demographics tab:**

Name should match name exactly on Insurance card

- Health Plan(s)
- Payer (s)
- Member ID (s)



EYNTK TO SCHEDULE A TELEHEALTH CHE

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

155



# If the information is incorrect, correct it!

- Click Pencil (to edit)
- Go down to Insurance section
  - To add insurance: Click "add"
  - To remove insurance: highlight insurance and click "remove"
  - To modify insurance: click "modify" and change as needed
    - Patient Name
    - Health Plan Name
    - Payer Name
    - Member ID
  - Add insurance if patient has secondary/tertiary plans



© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

156

EYNTK TO SCHEDULE A TELEHEALTH CHE



**DaVita.**

# How do I input additional insurance in Cerner?

**01** Click Pencil (to edit)

**02** Click Add (under insurance)

**03** Type in Health Plan Name

**04** Select correct Health Plan and address

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

157



EYNTK TO SCHEDULE A TELEHEALTH CHE

# How do I input additional insurance in Cerner?



**05** Review/edit address as needed

**06** Select correct Begin Date

**07** Type in Member Number

**08** Click OK

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

158

# What is Real Time Eligibility and why do I need to run RTE?

- Running real time eligibility (RTE) checks that the insurance information entered is correct and will identify any mistakes or inaccuracies that were entered
- It can be run at the time of scheduling and checking the patient in

Select Insurance

Select Eligibility Details

Submit Eligibility

Wait 10 Seconds

Eligibility Shows





© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

159

EYNTK TO SCHEDULE A TELEHEALTH CHE

# If RTE shows patient is not eligible for documented plan



- You can verify with the patient during the scheduling or 24 hr reminder call to update information
- If updated information is unavailable to input at the time of running RTE:
  - Confirm the patient's insurance information during the 24 hr reminder call and update in Cerner



© 2022 DaVita Inc. All rights reserved. Proprietary and confidential

166

EYNTK TO SCHEDULE A TELEHEALTH CHE

**EYNTK:**
**CHE Scheduling**

DaVita.

- What is a CHE and what is telehealth?
- How do I select a patient to schedule?
- How do I call a patient?
- How do I schedule the visit in VSee?
- How do I schedule the visit in Cerner?
- How do I enter a patient's insurance information in Cerner?

**What do I do after the visit is scheduled?**

- What do I do during the visit?
- Where can I get support?

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

EYNTK TO SCHEDULE A TELEHEALTH CHE

**DaVita.**

# Adding Language Line to a VSee Meeting

## A Cyracom Language Line translator can be added to a telehealth visit prior to the start of the visit

**01** Navigate to the Cyracom prescheduling page at:
https://support.cyracom.com/connect-preschedule

**02** Fill out the request form by using your information and the following account number and PIN

**03** Estimated duration should be listed as 90 minutes for a CHE. Select VSee from the Telehealth platform dropdown

CyraCom Connect Account Number: **501033410**

CyraCom Connect PIN: **7411**

Requester Full Name

Requester Email

Account Number*

PIN*

Requested Language*

Estimated Duration

Note: ASL sessions cannot exceed 1hr and may require a second interpreter due to physical demand.

- O15 minutes
- O30 minutes
- O45 minutes
- O60 minutes
- O90 minutes
- O120 minutes
- OOther (please specify in the notes)

162

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

# Adding Language Line to a VSee Meeting

**01** Select VSee from the dropdown. In VSee, copy the appointment invitation and paste under 'Meeting Link'

**02** Enter the CHE date and time under 'Session Date' and 'Session Time'

**03** List the NP as the meeting point of contact

Telehealth Platform*
Please Select ▾

Meeting Link*

Meeting ID

Meeting Password

Pre-Scheduled Interpretation Session Date*

Pre-Scheduled Interpretation Session Time (Please specify time zone)*

Meeting Point of Contact: Phone Number

Meeting Point of Contact: Email*

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

EYNTK TO SCHEDULE A TELEHEALTH CHE

# Adding Language Line to a VSee Meeting

**If the Cyracom Language Line translator is not added prior to the start of the visit:**



- Start the VSee visit with your patient. In the VSee meeting with the patient, copy the guest meeting link.
- The link can be found on the visit page, by clicking the blue + button.
- A pop up will appear – copy the guest link to join the call.



© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

164

EYNTK TO SCHEDULE A TELEHEALTH CHE



# Adding Language Line to a VSee Meeting

**If the Cyracom Language Line translator is not added prior to the start of the visit:**







- Visit the Cyracom Connect Website: https://connect.cyracom.com

- Enter the following email for DaVita IKC's organizational account: IKCTranslationRequest@davita.com, and click "Remember Me."

- Enter the following password: DVAikc123@

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.



# Adding Language Line to a VSee Meeting

**If the Cyracom Language Line translator is not added prior to the start of the visit:**

- On the Cyracom website, after a language is selected a form will appear requesting the telehealth visit details.
- Facility Number: always enter in the DaVita Headquarters CBO facility number: 5555.
- Phone Number: enter in the phone number for your DaVita issued phone.
- Provider: select VSee as the telehealth provider from the drop-down list.
- Meeting Link: Paste the guest meeting link for your VSee visit. If you are using WebEx (Commercial in-center visits only), paste the link to the WebEx meeting.

Leave Meeting ID and Meeting Password blank.

Confirm that your visit is currently in-progress and that you are ready for an interpreter to join and click the grey video camera to initiate the call. The interpreter will then join the VSee visit.

---

EYNTK TO SCHEDULE A TELEHEALTH CHE

🏢 **Session Information** ✕

Language
Spanish

Facility Number *
5555| ✕

Phone Number *

Provider *

Meeting Link *

Meeting ID

Meeting Password

☐ I confirm my video conference is currently in progress and ready for an

---

166

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

EYNTK TO SCHEDULE A TELEHEALTH CHE



# Appointment Reminder Process



### 24 hours before

- A reminder text or email is automatically sent to the patient 24 hours before the appointment

- During the reminder phone call, the CC should ensure the patient feels comfortable using VSee, and does not have any questions.

- If the patient does not answer the phone for this reminder, the CC should leave a voicemail, document the outreach, and notify the NP.

### Day of visit

- VSee will send an automatic reminder on the day of the visit.

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

167

# Key Visit Prep Reminders

CC completes one telephonic reminder call 24 hour before the visit

During the reminder call, the CC ensures the patient feels comfortable using VSee Clinic

When connecting with the in-center team, NP focuses on current challenges, concerns and major events

EYNTK TO SCHEDULE A TELEHEALTH CHE



©2022 DaVita Inc. All rights reserved. Proprietary and Confidential

**DaVita.**

# How do I use the 24-hour call appointment reminder script?

Use this script to guide your conversation with the patient during the 24-hour reminder call.

Before calling the patient be sure to

- Open the patient's record in Cerner and VSee
- Locate telehealth appointment details
- The script can be found on the VillageWeb

If not confirmed earlier, confirm the patient's insurance information during this call.

---

**Telehealth Resource:**
**Care Coordinator Reminder Call Script**

**DaVita**
Integrated Kidney Care

**Purpose**

- This telehealth script pairs to support team-mates who are providing reminder calls to patients for telehealth Continuous Health Evaluation (CHE) appointments.
- The intention is for the team-mate to sound non-scripted and have a genuine conversation.
- The team-mate has permission to use their own words, transitions phrases and descriptions!

**Before Calling**

- Open the patient's record in Cerner and VSee
- Locate telehealth appointment details

**Voicemail Script**

Hello! This message is for [PATIENT NAME]. My name is [TEAMMATE NAME]. I'm calling about your upcoming video visit with your nurse practitioner on [date/day/time]. If you need to reschedule your appointment or if you have any questions about using telehealth to connect with your nurse practitioner please give us a call back at [insert contact information]. Thank you and have a great day!

**Introduction**

Hello! My name is [TEAMMATE NAME]. I am looking to speak with [PATIENT'S FULL NAME]. Is he/she available?

*If patient is not the person that answered the call:* If you could please ask [PATIENT'S FULL NAME] to give me a call back at [CONTACT INFO] at his/her earliest convenience, I would like to talk to them about scheduling their next health visit. Thank you, have a great day!

*If patient is the person that answered:* I'm calling from DaVita Integrated Kidney Care on behalf of [NURSE PRACTICE NAME]. How are you today? (Member answers. Teammate responds appropriately.)

I'm calling about your upcoming video visit with your nurse practitioner on [DATE/DAY/TIME]. Can give you a brief overview of the telehealth platform to see if you have any questions. Can you give me few minutes now?

*(If no, reschedule call)*

*(If No - Cannot schedule)* Ok, I'll just make a note here if you don't mind letting me know why you're not interested.

*Potential barriers: Second chance:*

- *Okay -- is there a better time for me to call you?*

---

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

EYNTK TO SCHEDULE A TELEHEALTH CHE

# Conducting a Test Visit

## Either at the time of scheduling or during the reminder call, the CC can offer to conduct a test visit:

- The test visit is optional and can be conducted on any device
- In order to conduct a test visit, the CC and patient will utilize the test call waiting room for their market

**Reminder!** Nurse Practitioners do not have access to the testing rooms.

There are two options for the test call:

1. The CC can provide the static link to the test call waiting room to the patient via email or SMS text message by using the "Invite Patient" button on the dashboard
2. The CC can schedule a visit using the calendar

For both options, the CC must choose themselves as the provider, and the Test Room for the waiting room.

The CC can utilize the dial-out feature to conduct a test call with the patient if they think it would be beneficial.



© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

170

# Conducting a Test Visit

**Either at the time of scheduling or during the reminder call, the CC can offer to conduct a test visit**

- The CC should let the patient know that the link is only to be used for the test. **Important!** The test link cannot not be used for the appointment.

- The patient will enter the waiting room.

- The CC will begin the test visit with the patient and ensure they feel comfortable with the functionality, including camera and microphone options.

- If issues are encountered during the test visit, the CC should three-way call VSee support with the patient to fix the issue. The CC is able to three-way call by using the dial-out feature to call VSee support. If the issue is unable to be resolved, the CC should offer to schedule an in-person visit with the patient, as available.

## VSEE SUPPORT

For technical issues, please contact support at help@vsee.com or call (650) 772-6259.

VSee support staff hours are from 6AM-8PM PT (Mon-Fri) and 7AM-7PM PT (Sat-Sun).

**Important!** If you are unable to connect with VSee support, please reach out to:

IKCTelehealthSupport@davita.com

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

171

EYNTK TO SCHEDULE A TELEHEALTH CHE

# Final 24 Hour Reminder Call Steps

**Once the patient confirms they feel comfortable with VSee, the CC will complete the following:**

- Confirm with the patient that the appointment is scheduled
- Confirm we have the correct email and phone number for the patient, as well as the device and browser they will be using for the visit
- Remind patient to have device charged prior to visit
- Ask the patient to gather their medications and have them ready to show the NP during the telehealth visit
- Ask the patient to weigh themselves the morning of the appointment, if possible
- Ensure the patient has their contact information, in case they experience issues using VSee Clinic
- Communicate upcoming appointments to the NP during the weekly care team huddle/call

172

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

Case: 1:23-cv-06290 Document #: 1-4 Filed: 08/28/23 Page 26 of 51 PageID #:225



**EYNTK:**
# CHE Scheduling

- What is a CHE and what is telehealth?
- How do I select a patient to schedule?
- How do I call a patient?
- How do I schedule the visit in VSee?
- How do I schedule the visit in Cerner?
- How do I enter a patient's insurance information in Cerner?
- What do I do after the visit is scheduled?

**What do I do during the visit?**

- Where can I get support?

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential

EYNTK TO SCHEDULE A TELEHEALTH CHE



# Calling the Patient: Dial Out Feature



At the start of the visit, navigate to the patient page. Once on the patient page, select the blue camera button to start the visit.





© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

174



# Calling the Patient: Dial Out Feature



Select the three dots in the toolbar at the bottom of the call screen and select 'Dial a number'. Enter the patient's phone number to call the patient directly from VSee.

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

175

EYNTK TO SCHEDULE A TELEHEALTH CHE



# Calling the Patient: Dial Out Feature



Once the patient has connected by phone a phone icon will appear on your screen. At this time, you should be connected to the patient's audio through the patient's phone. Once connected, you can now walk the patient through how to join their video.

176

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.





EYNTK TO SCHEDULE A TELEHEALTH CHE



# Calling the Patient: Dial Out Feature

To assist the patient in joining a visit, instruct the patient to open their text messages. They will receive a text message in both English and Spanish from **+1 628-444-4602.** The patient should tap on the link within the message.

The link will open up a web-page in the patient's browser for their visit. To begin the visit, have the patient tap "START VISIT".

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

EYNTK TO SCHEDULE A TELEHEALTH CHE



# Calling the Patient: Dial Out Feature

The patient will need to complete the intake steps:

1. The patient will enter or verify their DOB. This will be pre-filled if you entered the patient's DOB when you created their account in VSee.

2. The patient will review the consent form, and provide their consent by tapping "CONTINUE".

**As a reminder, all patients must review consent before conducting a telehealth visit.**

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.



178

EYNTK TO SCHEDULE A TELEHEALTH CHE





# Calling the Patient: Dial Out Feature

The next screen shows the room where the visit can be conducted. The patient should tap "ALLOW" when prompted to allow VSee to access the camera and microphone.

Patients must click "ALLOW" for video and audio to work during the visit.

**In order to complete a CHE telehealth visit, patients must connect both audio and video.**



© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

179

# Calling the Patient: Dial Out Feature



The patient may see an error message that audio could not be joined because it is already in use. This is expected since the patient's microphone is already connected via the dial in.

**The patient should now have their video connected to VSee! To end the call, the patient or provider can hang up using the red end call symbol.**



© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

EYNTK TO SCHEDULE A TELEHEALTH CHE



## FaceTime as a Backup Telehealth Platform

As a reminder, FaceTime may only be used on a DaVita personal device or the TMs personal device with AirWatch installed.

**Nurse Practitioners may use FaceTime only in the limited circumstances set forth below, and as a last resort when the patient is not able to use VSee. However, this solution may be revoked at any time.**

Using FaceTime for IKC telehealth visits it not a long term solution to visiting with our patients virtually. During the Public Health Emergency, OCR and HHS are exercising enforcement discretion to allow health care providers to utilize certain applications, such as FaceTime, in connection with the provision of telehealth. OCR and HHS may repeal this notification of enforcement discretion at any time and IKC will no longer be able to use FaceTime as a backup solution for telehealth visits.

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

181

EYNTK TO SCHEDULE A TELEHEALTH CHE

**DaVita.**

# FaceTime as a Backup Telehealth Platform

## When can Nurse Practitioners use FaceTime?

IKC NPs may use FaceTime as a backup telehealth platform when the patient is not able to join a VSee visit. The criteria for using FaceTime are:

- A patient has an iPhone, iPad, or other Apple device or an Android phone AND

- The patient has tried to log into the VSee visit at least twice without success and continues to experience technical issues

## How can Nurse Practitioners use FaceTime?

When an IKC NP determines that it is appropriate to use FaceTime, they will follow the following steps:

1. Ask the patient if they are willing and able to meet over FaceTime, and let them know that FaceTime is not a HIPAA compliant telehealth platform

2. Call the patient on FaceTime from the NP's DaVita provided iPhone or an Apple device with Airwatch installed

3. If the patient has an Android or Windows phone, ask the patient if they consent to receiving a text message to begin the FaceTime visit

4. Read the patient the telehealth consent and document the patient's consent in the medical record

5. Continue with the visit

6. Document the use of FaceTime in the HPI in the medical record

## After a visit on FaceTime

If you have a FaceTime visit with a patient, you must report its use to IKCTelehealthSupport@davita.com. In the email, include the patient name, patient MRN, date of visit, VSee visit number, and the reason for switching to FaceTime (including confirmation of prior attempts to utilize VSee with the patient).

## What to do when the approval to use FaceTime is revoked

If FaceTime approval is revoked, the IKC market leads will notify their teams to immediately cease using FaceTime as a backup and complete all telehealth visits in the HIPAA compliant telehealth platform, VSee.

As a reminder, FaceTime may only be used on a DaVita device or the TMs personal device with AirWatch installed.

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

182

- What is a CHE and what is telehealth?
- How do I select a patient to schedule?
- How do I call a patient?
- How do I schedule the visit in VSee?
- How do I schedule the visit in Cerner?
- How do I enter a patient's insurance information in Cerner?
- What do I do after the visit is scheduled?
- What do I do during the visit?

**Where can I get support?**



# EYNTK:
# CHE Scheduling

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential

**DaVita.**

# Telehealth support for new & existing TMs

EYNTK TO SCHEDULE A TELEHEALTH CHE

| Support Resource | Purpose / Details | Frequency / Platform |
|---|---|---|
| **Star Learning Trainings (Tele1000 and Tele2000)** | • In-depth training on telehealth workflow and VSee functionality<br>• Assigned during training and available on Star Learning | Week 3 of NP, CC Training/Onboarding |
| **Self-Guided Telehealth Exercises** | • Opportunity to practice using telehealth/VSee<br>• Assigned during training and available for practice in the future | Week 4 of NP, CC training/onboarding |
| **Live Demo and Q&A – Required** | • Provide brief live demo followed by dedicated time for Q&A<br>• Will occur between NPs & CCs completing Star Learning & beginning self-guided exercises | 1 hr/month on WebEx in Feb 7th, Mar 8th 2022, Apr 13th 2022, ongoing approach TBD |

184
© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

EYNTK TO SCHEDULE A TELEHEALTH CHE

# Timeline of CKCC Teammate Onboarding and Support

**WEEK 1**

NPs/CCs begin following pre-assigned onboarding & training plan including StarLearning

- VSee account created before TM start date
- Email with log-in info & resources sent from Central Telehealth Team

**WEEK 2**

NPs/CCs continue training, onboarding, & StarLearning

**WEEK 3**

NPs/CCs continue onboarding & complete telehealth training

- Central Telehealth Team conducts Live Demo + Q&A open to all TMs
- Provides live opportunity to ask questions & review training materials

**WEEK 4**

NPs/CCs continue prev. items & begin telehealth training exercises

**WEEK 5**

NPs/CCs continue training

**WEEK 6**

Majority of training completed for CHEs and telehealth

- Central Telehealth Team reaches out to NPs as they complete Week 6 for support and survey feedback
- NPs receive guide for "Your First Telehealth CHE"

**Surveys will continue monthly**

**Demo + Q&A will be held 1hr/month via WebEx**

**NPs/CCs have easy access to Telehealth Support Inbox and all resources on intranet**

DaVita.

185

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

EYNTK TO SCHEDULE A TELEHEALTH CHE

# Training Resources

Relevant resources will be posted to the IKC Government Village Web

- Navigate to Village Web → DaVita IKC → DaVita IKC Government → Telehealth Training Materials

- Please refer to the materials posted to the site, so that you have the most up-to-date and relevant information

## Telehealth Training Materials



### About Telehealth Training Materials

This page is intended to centralize communication and documents related to Telehealth Training.

### Department Services

**FAQs** More ›

The FAQ document will be updated on a regular basis. Select the "More" button for the most recent version.

### Contact Information More ›

Questions may also be sent to: Kristina Avery at IKY.kristina.Avery@davita.com) and Jane Danstrom' at Jane.Danstrom@davita.com 'VSee Support Line: (602) 772-6259 | Live chat is available on hellovsee.com Support ticket can be opened by sending an email to help@vsee.com"

### Helpful Resources

**Telehealth Training Videos & Decks**

**VSee Clinic Manuals**

- Clinic Admin Manual DaVita 11.5.20

DaVita Integrated Kidney Care

DaVita IKC Government

Contact Us

Resources

Quick Links

Feedback

DaVita IKC Commercial ›

DaVita IKC Government ›

Direct Contracting

https://intranet.davita.com/Depts/VillageHealth/ikcgov/TelehealthTraining/Pages/default.aspx

If you have questions, looking for more support, or have an idea to improve telehealth reach out to IKCTelehealthSupport@davita.com



**NEED MORE?**

186

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.



© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.



# Appendix

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential. For internal use only.

DaVita
Integrated Kidney Care

# Scheduling CHE

## Cerner PM

189    © 2022 DaVita Inc.  All rights reserved. Proprietary and confidential. For internal use only.



# Patient Search - Find



Search Bar

Select Magnifying Glass

Person Search Form

Search By Name & DOB

190    © 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

# Patient Information



191    © 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

# Create Appointment



Add Telehealth details to the Comment:

- VSee visit number
- Patient device and browser for troubleshooting
- Any other pertinent details for the telehealth visit (e.g. care partner will be assisting in the visit, patient has a hearing / visual impairment, etc.)

Select Appointment

Select Appointment Type

Select Location

Select Visit Reason

Select Preferred Resource

Select Date

Select First Available Or Schedule

192    © 2022 DaVita Inc. All rights reserved. Proprietary and confidential.





# First Available

Select First Available

Enter Time Restrictions

Select Day Restrictions

Update Duration If Needed

Select Suggest

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

# Schedule



| Select Schedule | Verify Resources | Select Duration | Select Time Slot | Select Confirm |

194    © 2022 DaVita Inc. All rights reserved. Proprietary and confidential.

# CHE Outreach Powerform



**Highlights:**

- Cerner form/template used to capture the details of CHE scheduling attempts with patients

- New Cerner workflow step in CHE scheduling process → CHE Outreach Powerform must be completed for each CHE scheduling attempt with the patient (both successful & unsuccessful)

- Details documented will be reflected in workflow reports for tracking

195    © 2022 DaVita Inc. All rights reserved. Proprietary and confidential.



# Activity Log/Communication Event



**Activity Log (5)**

| Date/Duration | Method/Type | Outcome | Contact/Contact Type | Created By |
|---|---|---|---|---|
| 02/11/2021 11:45 (~ min) | Phone call (Outbound) | Case discussion | - (Specialist) | Swiney, Cody |
| 02/11/2021 11:05 (~ min) | Phone call (Outbound) | Case discussion | Zztest, Shawna (Patient) | Swiney, Cody |
| 02/09/2021 07:17 (15 min) | Phone call (Outbound) | | | |
| 01/14/2021 11:39 (5 min) | Phone call (Inbound) | | | |
| 01/01/2021 11:38 (20 min) | Phone call (Outbound) | | | |

**Selected Visit**  **Last 24 hours**  **Last 1 weeks**

**Add Communication Event**

Save    Cancel

**Date** 02/09/2021    **Time (24-hr)** 16:34

Duration (min)

**Method** ⟩

**Contact type** ⟩

Notes

**Activity Log** → **+ Sign** → **Update Date & Time** → **Method** → **Contact Type** → **Notes** → **Save**

> Every outreach should be tracked in the Activity log

196    © 2022 DaVita Inc. All rights reserved. Proprietary and confidential.



# Rescheduling Appointment



**Right Click On Appointment** → **Select Reschedule Appointment** → **Enter New Appointment Information** → **Input The Reschedule Reason**

If appointment type needs to be changed, cancel the appointment & schedule a new one

197    © 2022 DaVita Inc. All rights reserved. Proprietary and confidential.



# Cancel Appointment





**Right Click** → **Cancel Appointment** → **Update Cancel Reason** → **Update Comment** → **Select OK**

© 2022 DaVita Inc. All rights reserved. Proprietary and confidential.