# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* WYNTER RIDDICK AND BRYCE LUND,<br><br>Plaintiff-Relators,<br><br>v.<br><br>DAVITA INC.; DAVITA HEALTHCARE PARTNERS, INC.; VILLAGEHEALTH DM, LLC; AND NEPHROLOGY CARE ALLIANCE, LLC,<br><br>Defendants. | No: 1:23-cv-06290 |

## RELATORS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Relators Wynter Riddick and Bryce Lund (collectively, "Relators") voluntarily dismiss this action under the federal False Claims Act ("FCA") without prejudice. The FCA provides that an "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." 31 U.S.C. § 3730(b)(1). Counsel for the United States has authorized undersigned counsel for Relators to represent that the United States consents to the dismissal of this action without prejudice.

Dated: June 24, 2025

/s/   *Daniel R. Hergott*

**BEHN & WYETZNER, CHARTERED**
Michael Behn
Daniel R. Hergott
17 N. State Street, Suite 1600
Chicago, IL 60602
Tel: (312) 236-0000
mbehn@behnwyetzner.com
dhergott@behnwyetzner.com

**WALDEN MACHT HARAN & WILLIAMS LLP**

1

Daniel R. Miller (*pro hac vice* forthcoming)
Jonathan Z. DeSantis (*pro hac vice* forthcoming)
Walden Macht & Haran LLP
2000 Market Street, Suite 1430
Philadelphia, PA 19103
Telephone: (212) 335-2030
dmiller@wmhwlaw.com
jdesantis@wmhwlaw.com